## Sam Simpson, Appellee, v. Grand Trunk Western Railway Company, Appellant.

### Gen. No. 23,306.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. SAMUEL C. STOUGH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed. Opinion filed April 16, 1918.

### Statement of the Case.

Action in assumpsit by Sam Simpson, plaintiff, against Grand Trunk Western Railway Company, a corporation, defendant, on a contract for the transportation of freight alleged to have been damaged in transportation. From a judgment for plaintiff for $380, defendant appeals.

L. L. SMITH, for appellant.

MUNSON T. CASE, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

1. CARRIERS, § 30*—*what law governs in action for injuries to interstate freight shipment.* In an action to recover for injuries to an interstate shipment of freight, the Federal Interstate Commerce Act and the decisions of the United States courts' construing it control.

2. CARRIERS, § 241*—*what is effect of failure to comply with provision of contract as to filing of claim for loss or damage to live stock.* A shipper of an interstate shipment of live stock who fails to comply with a provision of the contract which requires him to file a written and verified claim for loss or damage with the agent of the carrier within 5 days from the time the stock is removed from the car, as a condition of his right to receive payment

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

or to sue for damages to such stock, cannot recover for damages to the stock where he has failed to comply with such provision of the contract.

3. CARRIERS, § 241*—*right to waive provision of contract as to notice of loss or injury to live stock.* Under the Interstate Commerce Act as construed by the United States courts, a carrier of an interstate shipment cannot waive a provision of the contract of carriage requiring the shipper to give notice of loss or injury within a specified time as a condition to recovery therefor.

